DONALD J. QUERIO (State Bar No. 54367)
ERIK KEMP (State Bar No. 246196)
ek@severson.com
M. ELIZABETH HOLT (State Bar No. 263206)
meh@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

SCOTT J. HYMAN (State Bar No. 148709)
GREGORY E. EISNER (State Bar No. 190135)
gee@severson.com
SEVERSON & WERSON
A Professional Corporation
19100 Von Karman Ave., Suite 700
Irvine, CA  92612
Telephone:  (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendant
TD AUTO FINANCE LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WALLACE,<br><br>  Plaintiff,<br><br>  vs.<br><br>TD AUTO FINANCE LLC fka CHRYSLER FINANCIAL; and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No.  CV12-0897-GW (SHx)<br><br>**JOINT STIPULATION TO STAY CASE PENDING CALIFORNIA SUPREME COURT RULING IN SANCHEZ V. VALENCIA HOLDING COMPANY; [PROPOSED] ORDER** |

Plaintiff Paul Wallace ("Wallace") and defendant TD Auto Finance, f/k/a Chrysler Financial ("TDAF") hereby jointly stipulate as follows:

1. TDAF removed the case to this Court on February 1, 2012.  Shortly thereafter, on March 9, 2012, TDAF filed a motion to compel arbitration and to

10000.0159/2200978.44

dismiss, or alternatively, to stay the case pending arbitration.  The motion is currently scheduled for hearing on **July 12, 2012, at 8:30 AM**.

2. On March 21, 2012, the California Supreme Court granted a petition for review in the case of *Sanchez v. Valencia Holding Company*, Case No. S199119.  The underlying Court of Appeal opinion is discussed at length in TDAF's motion to compel arbitration.  Similarly, Wallace anticipates his opposition brief would also discuss the Court of Appeal's *Sanchez* opinion at length.

3. When the California Supreme Court grants a petition for review, as it has done here, such a grant "determines that the Court of Appeal's opinion shall not be published unless [it] order[s] otherwise." *Agricultural Labor Relations Bd. v. Tex–Cal Land Management, Inc.*, 43 Cal. 3d 696, 709, n.12 (1987).  In granting review, the Supreme Court did not "order otherwise" and thus the Court of Appeal's opinion in *Sanchez* may not be "cited or relied on by a court or a party in any other action."  Cal. Rules of Court, Rule 8.1115(a); *see Travelers Indem. Co. of Ill. v. Ins. Co. of N. Am.*, 886 F. Supp. 1520, 1526 (S.D. Cal. 1995).

4. Accordingly, the parties respectfully request this Court to stay the hearing on TDAF's pending motion to compel arbitration, pending the California Supreme Court's ruling in *Sanchez*.

5. Moreover, as the motion to compel arbitration is a threshold motion which the Court must resolve in order for this case to move forward, the parties request that all other deadlines in the case be stayed as well.

6. TDAF will place a hold on the Wallace file.  No further communications regarding collection will occur during the pendency of the stay, other than through counsel.

7. While this stay is in place:

   a. TDAF will suspend collection efforts against the named plaintiff, Wallace, for the deficiency balance which is the subject of this action.

   b. TDAF will cease filing new collection lawsuits against putative class members on their deficiency balances which are the subject of this action and will dismiss without prejudice any pending collection lawsuits in which the putative class member has not made an appearance.

   c. TDAF will maintain its records with respect to the accounts of putative class members and suspend any document destruction policy with respect to those account records.

  8. The parties agree that, within 30 days of the date on which the Supreme Court's ruling in *Sanchez* becomes final,[1] TDAF will re-notice the hearing on its motion to compel on a date mutually acceptable to the parties and to the Court.

  10. Additionally, while *Sanchez* is pending, the parties agree to submit periodic joint status reports to the Court every 90 days.

  11. A proposed order is filed herewith.

DATED:  June 14, 2012     SEVERSON & WERSON
              A Professional Corporation


              By: /s/  *Erik Kemp*
                Erik Kemp
              Attorneys for Defendant
              TD AUTO FINANCE LLC

DATED:  June 14, 2012     KEMNITZER, BARRON & KRIEG, LLP


              By: /s/  *Bryan Kemnitzer*
                Bryan Kemnitzer
              Attorneys for Plaintiff
              PAUL WALLACE

---

[1] Pursuant to California Rule of Court 8.532(b)(1), the Supreme Court's rulings ordinarily become final 30 days after the decision is filed.