UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-897-GW(SHx) | Date | June 6, 2013 |
|---|---|---|---|
| Title | *Paul Wallace v. TD Auto Finance LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Javier Gonzalez | Sheri Kleeger | | |
| Deputy Clerk | Court Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |
| Not present | Gregry Evan Eisner | | |

**Proceedings:**     **STATUS CONFERENCE**

Counsel for plaintiff is not present. Court and Mr. Eisner discuss the ongoing appeal in *Sanchez v. Valencia*, Case No. S199119 in the California Supreme Court.

The Court continues the Status Conference for **September 12, 2013 at 8:30 a.m.** A Joint Report shall be filed by the parties by noon on September 9, 2013 regarding the status of the case. Parties may appear telephonically, provided that notice is given to the clerk by September 12, 2013.

:     01

Initials of Preparer     JG