DONALD J. QUERIO (State Bar No. 54367)
djq@severson.com
ERIK KEMP (State Bar No. 246196)
ek@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

SCOTT J. HYMAN (State Bar No. 148709)
sjh@severson.com
GREGORY E. EISNER (State Bar No. 190135)
gee@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendant
TD Auto Finance LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION—LOS ANGELES

| | |
|---|---|
| PAUL WALLACE,<br><br>        Plaintiff,<br><br>    vs.<br><br>TD AUTO FINANCE LLC f/k/a CHRYSLER FINANCIAL; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 2:12-cv-00897-GW-SH<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Date:   April 13, 2014<br>Time:   8:30 a.m.<br>Ctrm:   10<br><br>Hon. George H. Wu<br><br>Trial Date:     None Set |

1    Plaintiff Paul Wallace and Defendant TD Auto Finance LLC ("TDAF") file
2 this status report in accordance with this Court's Orders of June 6, 2013 and
3 June 23, 2014.
4    On June 18, 2012, the Court stayed this lawsuit, including TDAF's pending
5 motion to compel arbitration, due to the ongoing appeal in *Sanchez v. Valencia*
6 *Holding Company*, Case No. S199119 in the California Supreme Court.
7    As of the date of this report, *Sanchez* is fully briefed, but has not been
8 scheduled for oral argument. On February 19, 2014, the Supreme Court invited
9 supplemental briefing regarding the appropriate test for substantive
10 unconscionability. Supplemental briefs were submitted on March 12, 2014. *See*
11 Register of Actions, attached as Exhibit A hereto. Until the Supreme Court decision
12 issues, the instant matter should remain stayed.
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

In accordance with the Court's June 23, 2014 Order, the parties stipulate and agree that the April 13, 2015 status conference should be continued.  Given that the Supreme Court is yet to schedule oral argument in *Sanchez*, the parties request that the Court set the next status conference in 180 days rather than 90 days.  The parties will submit another status report and/or stipulation in advance of the continued status conference.

The filer attests that other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  April 7, 2015         Respectfully submitted,

SEVERSON & WERSON
A Professional Corporation

By:   */s/ Gregory E. Eisner*
          Gregory E. Eisner

Attorneys for Defendant
TD Auto Finance LLC

DATED:  April 7, 2015         KEMNITZER BARRON & KRIEG LLP

By:   */s/ Bryan Kemnitzer*
          Bryan Kemnitzer

Attorneys for Plaintiff
Paul Wallace