JS-6

DONALD J. QUERIO (State Bar No. 54367)
djq@severson.com
ERIK KEMP (State Bar No. 246196)
ek@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

SCOTT J. HYMAN (State Bar No. 148709)
sjh@severson.com
GREGORY E. EISNER (State Bar No. 190135)
gee@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendant
TD Auto Finance LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION—LOS ANGELES

PAUL WALLACE,

Plaintiff,

vs.

TD AUTO FINANCE LLC f/k/a CHRYSLER FINANCIAL; and DOES 1 through 50, inclusive,

Defendants.

Case No. CV 12-897-GW(SHx)

**ORDER OF DISMISSAL**

The Hon. George H. Wu

Trial Date: None Set

Pursuant to the stipulation of plaintiff Paul Wallace and defendant TD Auto Finance LLC and good cause appearing, it is hereby ordered pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this action shall be dismissed in its entirety and with

prejudice with respect to the claims alleged by Wallace individually against TDAF, and without prejudice as to any claims alleged by the putative, uncertified class against TDAF. It is further ordered that each party shall bear his or its own costs and attorney's fees.

IT IS SO ORDERED.

DATED: May 25, 2016

Hon. George H. Wu
United States District Judge